July 20, 1978.

M. P. No. 78-118. FRANK A. CARTER, *Chief Disciplinary Counsel v.* JOHN F. SHERLOCK. On June 28, 1978, we issued an order suspending respondent from engaging in the practice of law in this state because of his failure to comply with our prior order directing him to respond to a complaint filed with this court's Disciplinary Board. Respondent states that he has now filed the required response and he seeks reinstatement of his right to practice law. The Board's counsel has informed us that the tardy response has indeed been filed.

Accordingly, the petition of respondent John F. Sherlock, Jr. that this court's order of suspension be vacated and that

his right to engage in the practice of law in this state be reinstated is granted.

Mr. Justice Weisberger did not participate. *Frank A. Carter, Jr.*, pro se, petitioner. *John F. Sherlock, Jr.*, pro se, respondent.